UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

In re                                                         Case No. 21−80658
                                                              Chapter 13
Dorothy Truitt ,

    Debtor.

## ORDER

This case is before the court on the following matter:

*24* – Rule 9007 Motion/Notice/Objection: Motion to Determine Mortgage Fees and Expenses in Chapter 13 Cases . filed by Paul D. Esco on behalf of Dorothy Truitt. Responses due by 01/28/2022. (Esco, Paul)

It appears that notice has been given pursuant to L.B.R. 9007−1, Bankr. M.D. Ala., and that no response has been filed. Accordingly, it is

**ORDERED,** that the motion is **GRANTED** according to the terms stated.

Dated January 31, 2022

Bess M. Parrish Creswell
United States Bankruptcy Judge