The relief described hereinbelow is SO ORDERED

Done this 9th day of February, 2022.

Bess M. Parrish Creswell
United States Bankruptcy Judge



_____

# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF ALABAMA
# EASTERN DIVISION (Opelika)

| | | |
|---|---|---|
| IN RE: | : | CASE NO: 21-80658-BPC |
| | : | |
| | : | CHAPTER: 13 |
| | : | |
| DOROTHY TRUITT | : | |
|     Debtor | : | |
| ----------- | -- | ----------- |
| U.S. BANK TRUST NATIONAL ASSOCIATION AS TRUSTEE OF THE TIKI SERIES III TRUST, | : : : | |
|     Movant, | : | |
| | : | CONTESTED MATTER |
| vs. | : | |
| | : | |
| DOROTHY TRUITT, SABRINA L. MCKINNEY, Trustee | : : | |
|     Respondents. | : : | |

## AGREED ORDER CONDITIONALLY DENYING MOTION FOR RELIEF FROM THE AUTOMATIC STAY

**U.S. Bank Trust National Association as Trustee of the Tiki Series III Trust**, for itself, its successors and assigns (the "Movant"), filed a Motion for Relief from Automatic Stay (the "Motion") December 30, 2021, which was set for hearing on **February 8, 2022** (the "Hearing"). Movant seeks

relief as to Debtor`s real property located in Chambers County, Alabama, now or formerly known as **321 MLK Drive, Valley, AL 36854** (the "Property"), as more particularly described in Exhibit "B" attached to the Motion. Movant asserts that the Motion was properly served and hearing properly noticed. The parties reached an agreement as follows:

Movant shall supplement its Proof of Claim/file a Proof of Claim to include the following postpetition mortgage arrearages totaling **$932.21**:

| Description | FROM | TO | Quantity | Amount | Total |
|---|---|---|---|---|---|
| Missed Payment Group 1 | 01/01/2022 | 01/01/2022 | 1 | $369.58 | $369.58 |
| Bankruptcy Fees and Costs | | | 1 | $838.00 | $838.00 |
| Suspense Balance Credit | | | 1 | $-275.37 | $-275.37 |

Accordingly, by consent, it is hereby

**ORDERED** that:

Debtor payment to Trustee shall remain $219.00 per month. The payment by the Trustee to Movant shall increase to $17.00 a month. Beginning on **February 1, 2022**, Debtor shall pay all future monthly mortgage payments as and when due. These payments shall be governed by Strict Compliance provisions as detailed below.

The Motion for Relief from Stay filed by Movant is hereby conditionally denied. However, should the Debtor default under the mortgage agreement between the parties beginning **February 1, 2022**, then the Movant may file a pleading to renew its motion and a hearing will be scheduled by subsequent notice. Further, Movant is allowed to communicate with the Debtor any communication required under the note and mortgage or under state law. Waiver of default shall not constitute waiver of subsequent default. The Debtor is responsible for reasonable attorney fees involved in the enforcement of this order.

###END OF ORDER###

Case 21-80658   Doc 30   Filed 02/09/22   Entered 02/09/22 14:42:25   Desc Main
Document      Page 2 of 3

Prepared and Submitted by:

/s/ Amanda Beckett
Amanda Beckett
AL State Bar No. ASB-1884-N75B
Rubin Lublin, LLC
200 Clinton Avenue West, Suite 406
Huntsville, AL 35801
(877) 813-0992
abeckett@rlselaw.com
Attorney for Creditor


Consented to by:

/s/ Paul D. Esco, Esq.
Paul D. Esco, Esq.
Attorney at Law, LLC
2800 Zelda Road
Suite 200-7
Montgomery, AL 36106
334-832-9100
paul.esco@aol.com
Attorney for Debtor


No Opposition to by:

/s/Shavon L. Richardson
Staff Attorney
Sabrina L. McKinney
Chapter 13 Trustee
P.O. Box 173
Montgomery, AL 36101
334-262-8371
trustees_office@ch13mdal.com
Standing Chapter 13 Trustee